with leave to defendants to answer within twenty days from service of order upon payment of said costs, upon the ground that but one cause of action is stated in the complaint, which is a derivative action for an accounting on behalf of the stockholders of the corporation. The allegations which pertain to the dissolution of the corporation are improperly presented in the complaint and may be stricken out on appropriate motion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

GEORGE McM. GODLEY and Another, Executors, etc., of ELIZABETH McM. GODLEY, Deceased, Respondents, v. CRANDALL & GODLEY COMPANY and Another, Individually and with HARRY PETTEE, Executors of LYMAN F. PETTEE, Deceased, Appellants.— Order affirmed, with ten dollars costs and disbursements, with leave to defendants to answer within twenty days from service of order upon payment of said costs and ten dollars costs of motion at Special Term. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

ARNOLD STEINBERG, Respondent, v. JAMES V. LAGO and Another, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

SALVATORE ANASTASIO and Another, Appellants, v. LAURA KAFKA and Others, Defendants, Impleaded with D. & G. GIRL COAT CO., INC., Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

ROBERT H. CASNER, Respondent, v. ROYAL INDEMNITY COMPANY, Appellant. — Order affirmed, with ten dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.; Dowling and Burr, JJ., dissent from affirmance of so much of the order as requires production by the defendant of the reports of the investigators and inspectors, as set forth in said order.

JOSEPH E. BAER, INC., Respondent, v. ARISTO HOSIERY CO., INC., Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs, on the ground that plaintiff has not satisfactorily established any intent to defraud on the part of the defendant. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

BANKERS COLLATERAL CORPORATION, Respondent, v. MICHAEL B. URBONS, Appellant. (Action No. 1.) — Order so far as appealed from reversed, with ten dollars costs and disbursements, and motion to vacate judgment granted, on the ground that there was no proof of the service of the summons. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

BANKERS COLLATERAL CORPORATION, Respondent, v. MICHAEL B. URBONS, Appellant. (Action No. 2.) — Order so far as appealed from reversed, with ten dollars costs and disbursements, and motion to vacate judgment granted, on the ground that there was no proof of the service of the summons. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

WILLIAM A. ROCHE, Respondent, v. MUSICAL MUTUAL PROTECTIVE UNION, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

MUNCH BREWERY BOTTLING DEPARTMENT, INC., and Others, Appellants, v. SAMUEL GLICKSTEIN and Others, Respondents.— Order reversed, with ten dollars